UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XIAO LIN WU,
                       Plaintiff,                    **ECF CASE**

    v.

                                            07 Civ. 8197 (RJS)
MICHAEL CHERTOFF, et al.

                      Defendants.                NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          October 3, 2007

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York

                               By:    /s/_____
                                                PIERRE G. ARMAND
                                                Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Telephone: (212) 637-2724
                                                Facsimile: (212) 637-2750
                                                Email: pierre.armand@usdoj.gov

TO:    Jeffrey E. Baron, Esq.
         291 Broadway, Suite 1005
         New York, NY 10007