AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Xiao Ling Wu

V.

Michael Chertoff, Sec'y DHS and US Citizenship and Immigration Services, NY District Office

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  JUDGE SULLIVAN

07 CIV 8197

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of the Department of Homeland Security
United States Citizenship and Immigration Services
Washington, D.C. 20258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Baron
Baron, Mundie & Shelkin, P.C.
291 Broadway, Ste. 1005
New York, New York 10007
(212) 264-7500

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          SEP 1 9 2007

CLERK                                                                          DATE

(By) DEPUTY CLERK  Marcos Quintero

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>September 25, 2007 |
| NAME OF SERVER *(PRINT)*<br>Amy Cheung | TITLE<br>Receptionist |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. Attorney's SDNY
                        86 Chambers Street
                        New York, NY 10007 and

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: Michael Chertoff, Secretary of the Department of Homeland Security
United States Citizenship and
Immigration Services
Washington, DC 20528

☐ Returned unexecuted:

☒ Other (specify): DHS was served by first class mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 26, 2007   *[signature]*
      Date         *Signature of Server*

          c/o Baron, Mundie & Shelkin, P.C.
          291 Broadway, Suite 1005
          New York, NY 10007
          *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.