MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: PIERRE G. ARMAND
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel. No.: (212) 637-2724
Fax. No.: (212) 637-2730

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :        ECF Case
XIAO LING WU,                                       :
                                                    :
                        Plaintiff,                  :        STIPULATION AND ORDER OF
                                                    :        SETTLEMENT AND DISMISSAL
            - v. -                                  :
                                                    :        07 Civ. 8197 (RJS)
MICHAEL CHERTOFF, et al.,                           :
                                                    :
                        Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on November 13, 2007, the United States Citizenship and Immigration

Services issued final decisions denying plaintiff's (i) Form I-485 Application to Register

Permanent Residence or Adjust Status, and (ii) Form I-601 Application for Waiver of Ground of

Excludability.

        IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the

above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to

any party.

Dated:  New York, New York                 MICHAEL J. GARCIA
        November 19, 2007                   United States Attorney for the
                                            Southern District of New York
                                            Attorney for Defendants

                            By:     _____
                                            PIERRE G. ARMAND (PA-3434)
                                            Assistant United States Attorney
                                            86 Chambers Street
                                            New York, New York 10007
                                            Tel. No.: (212) 637-2724
                                            Fax. No.: (212) 637-2730

Dated: New York, New York
      November _19_, 2007

                                      BARON, MUNDIE & SHELKIN, P.C.
                                      Attorneys for Plaintiff

                            By: _____
                                        JEFFREY E. BARON, ESQ.
                                        291 Broadway, Ste. 1005
                                        New York, New York  10007
                                        Tel. No.: (212) 264-7500
                                        Fax No.: (212) 264-7111

SO ORDERED:

_____
HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
    11/26/07

- 2 -